

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00041-CV

| | | |
|---|---|---|
| TIMOTHY BRENT CLAIBORNE, Appellant | § | On Appeal from County Court at Law |
| | § | of Hood County (C09203) |
| v. | § | July 31, 2025 |
| MARK HORNBUCKLE AND WEST FRONTIER HOMES, LLC, Appellees | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of prosecution.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
        Justice Dana Womack